United States District Court
Southern District of Texas
**ENTERED**
July 08, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MELISSA GARCIA HECHAVARRIA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-02262 |
| | § | |
| MARTIN FRINK, *et al.,* | § | |
| | § | |
| Respondents. | § | |

## ORDER

The petitioner, Melissa Garcia Hechavarria, is a noncitizen in custody of the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE") officials at the Houston Contract Facility. She filed this *pro se* petition for a writ of habeas corpus under 28 U.S.C. § 2241, challenging her prolonged detention. *See* Doc. No. 1. Respondents have filed a motion for summary judgment (Doc. No. 7), to which Petitioner has filed a response in opposition (Doc. No. 8).

The petitioner is detained under 8 U.S.C. § 1225(b)(2)(A) and has been detained for more than 90 days; therefore, she is entitled to a bond hearing based on the Fifth Circuit's recent opinion in *Sosnava Rodriguez v. Ortega*, No. 26-50183, 2026 WL 1906557 (5th Cir. July 2, 2026). Accordingly, the Court **ORDERS** as follows:

1. The petition for a writ of habeas corpus is **GRANTED in part**.

2. Respondents shall release the petitioner from custody unless the government provides a bond hearing by **August 10, 2026**. If a bond hearing is held, the

1 / 2

government "must articulate an individualized justification for further detention without bond." *Sosnava Rodriguez*, 2026 WL 1906557, at *16. The government shall provide at least **48 hours' notice** to the petitioner and counsel (if applicable) before the bond hearing, if such is held, or before release.

3. The parties must **confer** and **file** a joint update with the Court by **August 17, 2026**, informing the Court of the result of any hearing and the petitioner's custody status.

4. The parties must file an advisory by **September 10, 2026**, stating whether this case may be closed or what other issues remain for adjudication.

5. Respondents' motion for summary judgment (Doc. No. 7) is **DENIED**.

6. All other pending motions, if any, are **DENIED as MOOT**.

**SO ORDERED**.

SIGNED this _____8_____ day of July 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE