United States District Court
Southern District of Texas
**ENTERED**
September 25, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MELISSA GARCIA HECHAVARRIA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-02262 |
| | § | |
| MARTIN FRINK, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER OF DISMISSAL AND CASE CLOSURE**

Based on the representations and evidence showing that Petitioner was afforded a bond hearing in this case, *see* Doc. No. 10-1 at 2, it is hereby **ORDERED** that this case is **DISMISSED.** Petitioner's pending motion to reconsider the Immigration Judge's decision (Doc. No. 11) is **DENIED** because this Court may not review such a decision or re-weigh the evidence. All other pending motions, if any, are **DENIED as MOOT.**

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED on this 25th day of September 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE